MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com

MICHAEL FREIMANN, ESQ. (LR IA 11-2 petition to be filed)
Colorado Bar No. 35430
ARMSTRONG TEASDALE LLP
4643 S. Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile: 720.200.0679
mfreimann@atllp.com

*Attorneys for Defendant Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHEILA LITTLE, individually and on behalf of all individuals similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, et al.,<br><br>Defendants. | Case No.:   2:23-cv-01150-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT WYNN LAS VEGAS TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant, Wynn Las Vegas, LLC ("Wynn Las Vegas"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiff, Sheila Little ("Plaintiff"), by and through her counsel, Gabroy Messer and Thierman Buck, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, to extend the deadline for Wynn Las Vegas to answer or otherwise respond to the Complaint (ECF No. 4-1 at 1-17) by two (2) weeks so that Wynn Las Vegas' response will be due on Friday, August 11, 2023, instead of the current deadline of Friday, July 28, 2023.  This is the first request to extend this particular deadline.

As set forth below, good cause exists to extend the deadline for Wynn Las Vegas to answer

1

1   or otherwise respond to the Complaint.

2   Plaintiff filed her Complaint against Wynn Las Vegas in the Eighth Judicial District Court,
3   Clark County, Nevada, on April 20, 2023.  Wynn Las Vegas was served with the Summons and
4   Complaint on June 30, 2023.  Wynn Las Vegas removed the action to this Court on July 21, 2023.
5   Pursuant to Fed. R. Civ. P. 81(c)(2), the deadline for Wynn Las Vegas to answer or otherwise
6   respond to the Complaint is currently July 28, 2023.

7   Although Wynn Las Vegas has been diligent to date, Wynn Las Vegas requires some
8   additional time to fully evaluate the claims and allegations in the Complaint, which is plead as a
9   class and collective action, and to respond.  Plaintiff does not oppose providing additional time.
10  This request is made in good faith and is not intended to unreasonably delay this matter.  In
11  particular, this action was served less than a month ago, recently removed, and no scheduling order
12  has been issued.
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

Based on the forgoing, the parties respectfully request that this Court extend Wynn Las Vegas' deadline to answer or otherwise respond to the Complaint by two weeks, or to August 11, 2023.

| | |
|---|---|
| Dated this 26th day of July, 2023. | Dated this 26th day of July, 2023. |
| **ARMSTRONG TEASDALE LLP** | **GABROY MESSER** |
| By: /s/ Michelle D. Alarie | By: /s/ Christian Gabroy |
| MICHELLE D. ALARIE, ESQ.<br>Nevada Bar No. 11894<br>ARMSTRONG TEASDALE LLP<br>7160 Rafael Rivera Way, Suite 320<br>Las Vegas, Nevada 89113<br><br>MICHAEL FREIMANN, ESQ.<br>(LR IA 11-2 petition to be filed)<br>Colorado Bar No. 35430<br>ARMSTRONG TEASDALE LLP<br>4643 S. Ulster Street, Suite 800<br>Denver, Colorado 80237<br><br>*Attorneys for Defendant Wynn Las Vegas, LLC* | CHRISTIAN GABROY, ESQ.<br>Nevada Bar No. 8805<br>KAINE MESSER, ESQ.<br>Nevada Bar No. 14240<br>The District at Green Valley Ranch<br>170 South Green Valley Ranch, Suite 280<br>Henderson, Nevada 89012<br><br>MARK R. THIERMAN, ESQ.<br>Nevada Bar No. 8285<br>JOSHUA D. BUCK, ESQ.<br>Nevada Bar No. 12187<br>LEAH L. JONES, ESQ.<br>Nevada Bar No. 13161<br>JOSHUA R. HENDRICKSON, ESQ.<br>Nevada Bar No. 12225<br>THIERMAN BUCK LLP<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br><br>*Attorneys for Plaintiff Sheila Little* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: 7/27/2023