# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sheila Little,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>Wynn Las Vegas, LLC,<br><br>　　　　　　　Defendant(s). | 2:23-cv-01150-APG-MDC<br><br>**Order** |

The Court received notice from defendant's counsel that Jeffrey F. Barr, Esq. is no longer associated or affiliated with the law firm Armstrong Teasdale, LLP. ECF No. 42. The defendant's counsel requests that Jeffrey F. Barr, Esq. be removed from the Court's CM/ECF electronic service list with respect to this case. *Id.* Michael Freimann, Esq., Alina M. Shell, Esq., and Drake Mirsch, Esq. of the law firm Armstrong Teasdale will remain counsel of record for defendant Wynn Las Vegas, LLC. The Court GRANTS the *Motion for Removal from Service List* (ECF No. 42).

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion for Removal from Service List* (ECF No. 42) is GRANTED.

2. Jeffrey F. Barr shall be removed shall be removed from electronic service in the matter.

DATED this 7th day of March 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge