# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sheila Little., | 2:23-cv-01150-APG-MDC |
| Plaintiff(s), | |
| vs. | **Order Setting Hearing** |
| Wynn Las Vegas, LLC., | |
| Defendant(s). | |

The parties shall appear for an in-person hearing on April 24, 2024, at 9:00 AM in courtroom 3B on the *Stipulated Discovery Plan and Scheduling Order* (ECF No. 43).

IT IS SO ORDERED.

Dated this 11th day of March 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge