| | |
|---|---|
| Christian Gabroy, <br> Nev. Bar No. 8805 <br> Kaine Messer, Nev. Bar No. 14240 <br> **GABROY \| MESSER** <br> The District at Green Valley Ranch <br> 170 S. Green Valley Parkway, Suite 280 <br> Henderson, Nevada 89012 <br> Tel:     (702) 259-7777 <br> Fax:    (702) 259-7704 <br> christian@gabroy.com <br> kmesser@gabroy.com <br><br> Mark R. Thierman. Nev. Bar No. 8285 <br> Joshua D. Buck. Nev. Bar No. 12187 <br> Leah L. Jones, Nev. Bar No. 13161 <br> **THIERMAN BUCK LLP** <br> 325 W. Liberty Street <br> Reno, Nevada 89501 <br> Tel:     (775) 284-1500 <br> Fax:    (775) 703-5027 <br> mark@thiermanbuck.com <br> josh@thiermanbuck.com <br> leah@thiermanbuck.com <br><br> *Attorneys for Plaintiffs and all those similarly situated* | **ARMSTRONG TEASDALE LLP** <br> Brandon Johansson, Nev. Bar No. 12003 <br> 7160 Rafael Rivera Way, Suite 320 <br> Las Vegas, NV 89113 <br> Telephone: (702) 678-5070 <br> Fax: (702) 878-9995 <br> bjohansson@atllp.com <br><br> Michael Freimann, *Pro Hac Vice* <br> Colorado Bar No. 35430 <br> 4643 S. Ulster Street, Suite 800 <br> Denver, CO 80237 <br> Telephone: (720) 200-0676 <br> Fax: (720) 200-0679 <br> mfreimann@atllp.com <br><br> Drake A. Mirsch, *Pro Hac Vice* <br> California Bar No. 328526 <br> 19800 MacArthur Blvd., Suite 300 <br> Irvine, CA 92612 <br> Telephone: (949) 255-6449 <br> dmirsch@atllp.com <br><br> *Attorneys for Defendant Wynn Las Vegas, LLC* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHEILA LITTLE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WYNN LAS VEGAS, LLC, <br><br> Defendants. | Case No.: 2:23-cv-01150-APG-MDC <br><br> **NOTICE OF SETTLEMENT AND STIPULATION TO VACATE EXISTING DEADLINES AND [PROPOSED] ORDER THEREON** |

Plaintiff SHEILA LITTLE on behalf of herself and all those similarly situated ("Plaintiff"), by and through her counsel of record GABROY │ MESSER and THIERMAN

BUCK, LLP, and Defendants WYNN LAS VEGAS, LLC ("Defendant" or "Wynn"), by and through their counsel of record, ARMSTRONG TEASDALE LL, hereby notify the Court that the Parties have entered into a tentative settlement in this matter. The Parties hereby requests that all pending deadlines be vacated so as to allow the parties to prepare formal settlement documents and to present the proposed settlement to this Court for approval.

Dated: March 28, 2024

**THIERMAN BUCK LLP**

/s/Leah L. Jones
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
325 W. Liberty St.
Reno, Nevada 89501

**GABROY | MESSER**
Christian Gabroy, Nev. Bar No. 8805
Kaine Messer, Nev. Bar No. 14240
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012

*Attorneys for Plaintiffs*

Dated: March 28, 2024

**ARMSTRONG TEASDALE LLP**

/s/ Drake A. Mirsch
**ARMSTRONG TEASDALE LLP**
Brandon Johansson, Nev. Bar No. 12003
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

Michael Freimann, *Pro Hac Vice*
Colorado Bar No. 35430
4643 S. Ulster Street, Suite 800
Denver, CO 80237

Drake A. Mirsch, *Pro Hac Vice*
California Bar No. 328526
19800 MacArthur Blvd., Suite 300
Irvine, CA 92612

*Attorneys for Defendant Wynn Las Vegas, LLC*

## ORDER

IT IS HEREBY ORDERED that all future deadlines and appearances for this matter are hereby vacated. IT IS FURTHER ORDERED that the Parties shall file a settlement approval motion or a status report regarding the status of the approval motion no later than sixty (60) days after entry of this Order.

DATED this 29th day of March, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

THIERMAN BUCK, LLP
325 West Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email: infor@thiermanbuck.com; www.thiermanbuck.comt