Christian Gabroy
Nev. Bar No. 8805
Kaine Messer, Nev. Bar No. 14240
**GABROY | MESSER**
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel:    (702) 259-7777
Fax:    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

Mark R. Thierman. Nev. Bar No. 8285
Joshua D. Buck. Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
**THIERMAN BUCK LLP**
325 W. Liberty Street
Reno, Nevada 89501
Tel:    (775) 284-1500
Fax:    (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs and all those similarly situated*

**ARMSTRONG TEASDALE LLP**
Brandon Johansson, Nev. Bar No. 12003
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113
Telephone: (702) 678-5070
Fax: (702) 878-9995
bjohansson@atllp.com

Michael Freimann, *Pro Hac Vice*
Colorado Bar No. 35430
4643 S. Ulster Street, Suite 800
Denver, CO 80237
Telephone: (720) 200-0676
Fax: (720) 200-0679
mfreimann@atllp.com

Drake A. Mirsch, *Pro Hac Vice*
California Bar No. 328526
19800 MacArthur Blvd., Suite 300
Irvine, CA 92612
Telephone: (949) 255-6449
dmirsch@atllp.com

*Attorneys for Defendant Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA LITTLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC,<br><br>Defendants | Case No.: 2:23-cv-01150-APG-MDC<br><br>**STATUS REPORT RE: SETTLEMENT; AND [PROPOSED] ORDER THEREON**<br><br>**(First Request)** |

Plaintiff SHEILA LITTLE on behalf of herself and all those similarly situated ("Plaintiff"), by and through her counsel of record GABROY│MESSER and THIERMAN BUCK, LLP, and Defendants WYNN LAS VEGAS, LLC ("Defendant" or "Wynn"), by and

through their counsel of record, ARMSTRONG TEASDALE LLP, hereby submit a status report regarding settlement. Despite diligently attempting to consummate settlement within 60 days of the Order vacating all deadlines in this matter (ECF 50), the parties require a seven-day extension to submit the settlement approval.

Dated: May 28, 2024

**THIERMAN BUCK LLP**

/s/Leah L. Jones
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
325 W. Liberty St.
Reno, Nevada 89501

**GABROY | MESSER**
Christian Gabroy, Nev. Bar No. 8805
Kaine Messer, Nev. Bar No. 14240
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012

*Attorneys for Plaintiffs*

Dated: May 28, 2024

**ARMSTRONG TEASDALE LLP**

/s/ Michael Freimann
**ARMSTRONG TEASDALE LLP**
Brandon Johansson, Nev. Bar No. 12003
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

Michael Freimann, *Pro Hac Vice*
Colorado Bar No. 35430
4643 S. Ulster Street, Suite 800
Denver, CO 80237

Drake A. Mirsch, *Pro Hac Vice*
California Bar No. 328526
19800 MacArthur Blvd., Suite 300
Irvine, CA 92612

*Attorneys for Defendant Wynn Las Vegas, LLC*

## ORDER

IT IS HEREBY ORDERED that the Parties shall file a settlement approval motion or a status report regarding the status of the approval motion no later than June 5, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5/31/2024