UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sheila Little,<br><br>          Plaintiff(s),<br><br>vs.<br><br>Wynn Las Vegas, LLC,<br><br>          Defendant(s). | 2:23-cv-01150-APG-MDC<br><br>Order |

**IT IS ORDERED** that the *Stipulated Discovery Plan and Scheduling Order* (ECF No. 43) is DENIED AS MOOT.

**IT IS FURTHER ORDERED** that the *Motion to Withdraw as Attorney* (ECF No. 47) is GRANTED. Alina M. Shell, Esq. is to be removed as counsel of record for defendant Wynn Las Vegas, LLC and removed from CM/ECF service with respect to this case.

DATED this 24th day of June 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge