Christian Gabroy,
Nev. Bar No. 8805
Kaine Messer, Nev. Bar No. 14240
**GABROY | MESSER**
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel:    (702) 259-7777
Fax:    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

Mark R. Thierman. Nev. Bar No. 8285
Joshua D. Buck. Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
**THIERMAN BUCK LLP**
325 W. Liberty Street
Reno, Nevada 89501
Tel:    (775) 284-1500
Fax:    (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs and all those similarly situated*

**ARMSTRONG TEASDALE LLP**
Brandon P. Johansson, Nev. Bar No. 12003
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113
Telephone: (702) 678-5070
Fax: (702) 878-9995
bjohansson@atllp.com

*Attorney for Defendant Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA LITTLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC,<br><br>Defendant. | Case No.: 2:23-cv-01150-APG-MDC<br><br>**ORDER AND FINAL JUDGMENT OF DISMISSAL** |

Pursuant to this Court's prior Order granting approval of the Stipulation of Settlement entered into by and between Plaintiff and Defendant (ECF No. 55), this Court HEREBY ORDERS THE FOLLOWING:

1. This Court has jurisdiction over the subject matter of this litigation and personal jurisdiction over the named-plaintiff, all members of the FLSA action, and Defendant.

2. The Court adopts the defined terms in the Settlement Agreement.

3. Distribution of the Notice and the Settlement Offer and Release Form as set forth in the Settlement, and the other matters set forth therein, have been completed in conformity with the Order Approving Stipulation of Settlement (ECF No. 55).

4. As set forth in Exhibit A to this Order, sixty-one (61) individuals have accepted the Settlement ("Accepting Plaintiffs"). The Court finds that as of the date of this Order, each and every Accepting Plaintiff has waived and shall be deemed to have fully, finally, and forever released, relinquished, and discharged all Released Claims, as set forth in the Settlement Agreement. Payment to all Accepting Plaintiffs shall be completed in accordance with the terms of the Settlement Agreement.

5. Zero (0) individuals have rejected the Settlement ("Rejecting Plaintiff"). Rejecting Plaintiffs retain all their legal rights and remedies, as set forth in the Settlement Agreement. The FLSA claims of any Rejecting Plaintiff shall be tolled, from the date the Rejecting Plaintiff's Notice of Consent form was filed in the relevant Action through up to 30 days after the Settlement Effective Date or the date the Rejecting Plaintiff files an individual action, whichever is sooner.

6. As set forth in Exhibit A to this Order, five (5) individuals have not responded to the Notice and Settlement Offer and Release Form. Pursuant to the Settlement Agreement, these individuals shall be treated as "Rejecting Plaintiffs" so that they retain all their legal rights and remedies, as set forth in the Settlement Agreement. These Plaintiffs, however, have up to 365 days after the date of this Order to claim their allotted portion of the Settlement by signing and submitting the Settlement Offer and Release Form to Defendant's counsel.

7. The Court grants approval to this Settlement and finds it to be a reasonable

THIERMAN BUCK, LLP
325 West Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.com

resolution of a bona fide dispute of wages pursuant to the FLSA.  The Settlement is reasonable in all respects, including the services awards to Sheila Little, Elena Espino, and Alejandro Benitez, for the work that they performed on behalf of others, the attorneys' fees and costs of Plaintiffs' counsel, and the fees of the Settlement Administrator Phoenix.  The Court specifically finds that the settlement confers a substantial benefit to all individuals similarly situated to Plaintiffs, considering the strength of Plaintiffs' claims and the risk, expense, complexity, and duration of further litigation.  The Court finds that the settlement is the result of arms-length negotiations between experienced counsel representing the interests of both sides and with the assistance of the honorable former federal Magistrate Judge Carl W. Hoffman.

8.   Service awards for Lead Plaintiff Sheila Little, Elena Espino, and Alejandro Benitez, in the amount of $10,000 for each (and $30,000 total) are reasonable and hereby approved.

9.   Plaintiffs' attorneys' fees in the amount of $200,000 and costs in the amount of $10,000 are reasonable and hereby approved.

10.  Fees of the Settlement Administrator, Phoenix Class Action Administration Solutions, in the amount of $5,000 are reasonable and hereby approved.

12.  Without affecting the finality of this action, the Court will retain exclusive and continuing jurisdiction to enforce the Settlement Agreement.

**IT IS SO ORDERED.**

Dated:  September 23, 2024

_____
Honorable Andrew Gordon
District Court Judge

# EXHIBIT A

Accepting Plaintiffs

# EXHIBIT A

| PSA ID | Accept | Tips Received | Settlement Share | 25% 1099 | 75% W2 Wages | Total Employer Tax | Employer FUTA 0.6% | Employer SS 6.2% | Employer Medicare 1.45% | Employer UI 2.95% | Career Enhancement Program Tax 0.05% | Employee SDI 0.00% | Employee SS 6.2% | Employee Medicare 1.45% | Employee Federal 20% | Employee State 0.00% | Modified Business Tax 1.17% | Post Employee Wage Amt | Total Settlement Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LTLWNLV101 | 1 | $126,168.49 | $6,411.14 | $1,602.78 | $4,808.35 | $562.58 | $28.85 | $298.12 | $69.72 | $141.85 | $24.04 | $0.00 | $298.12 | $69.72 | $961.67 | $0.00 | $56.26 | $3,422.58 | $5,025.37 |
| LTLWNLV102 | 1 | $120,384.28 | $6,117.22 | $1,529.30 | $4,587.91 | $536.78 | $27.53 | $284.45 | $66.52 | $135.34 | $22.94 | $0.00 | $284.45 | $66.52 | $917.58 | $0.00 | $53.68 | $3,265.68 | $4,794.99 |
| LTLWNLV103 | 1 | $125,241.96 | $6,364.05 | $1,591.01 | $4,773.04 | $558.45 | $28.64 | $295.93 | $69.21 | $140.80 | $23.87 | $0.00 | $295.93 | $69.21 | $954.61 | $0.00 | $55.84 | $3,397.45 | $4,988.46 |
| LTLWNLV104 | 1 | $113,442.84 | $5,764.49 | $1,441.12 | $4,323.37 | $505.84 | $25.94 | $268.05 | $62.69 | $127.54 | $21.62 | $0.00 | $268.05 | $62.69 | $864.67 | $0.00 | $50.58 | $3,077.38 | $4,518.50 |
| LTLWNLV105 | 1 | $17,266.05 | $877.36 | $219.34 | $658.02 | $76.99 | $3.95 | $40.80 | $9.54 | $19.41 | $3.29 | $0.00 | $40.80 | $9.54 | $131.60 | $0.00 | $7.70 | $468.38 | $687.72 |
| LTLWNLV106 | 1 | $128,479.23 | $6,528.55 | $1,632.14 | $4,896.42 | $572.88 | $29.38 | $303.58 | $71.00 | $144.44 | $24.48 | $0.00 | $303.58 | $71.00 | $979.28 | $0.00 | $57.29 | $3,485.27 | $5,117.40 |
| LTLWNLV107 | 1 | $118,822.52 | $6,037.86 | $1,509.46 | $4,528.39 | $529.26 | $27.17 | $280.76 | $65.66 | $133.59 | $22.64 | $0.00 | $280.76 | $65.66 | $905.68 | $0.00 | $52.89 | $3,223.31 | $4,732.78 |
| LTLWNLV108 | 1 | $123,570.85 | $6,279.14 | $1,569.78 | $4,709.35 | $551.01 | $28.26 | $291.98 | $68.29 | $138.93 | $23.55 | $0.00 | $291.98 | $68.29 | $941.87 | $0.00 | $55.10 | $3,352.11 | $4,921.90 |
| LTLWNLV109 | 1 | $117,134.85 | $5,952.10 | $1,488.02 | $4,464.07 | $522.29 | $26.78 | $276.77 | $64.73 | $131.69 | $22.32 | $0.00 | $276.77 | $64.73 | $892.81 | $0.00 | $52.23 | $3,177.53 | $4,665.56 |
| LTLWNLV110 | 1 | $117,997.81 | $5,995.95 | $1,498.99 | $4,496.96 | $526.14 | $26.98 | $278.81 | $65.21 | $132.66 | $22.48 | $0.00 | $278.81 | $65.21 | $899.39 | $0.00 | $52.61 | $3,200.94 | $4,699.93 |
| LTLWNLV111 | 1 | $116,598.43 | $5,924.84 | $1,481.21 | $4,443.63 | $519.91 | $26.66 | $275.51 | $64.43 | $131.09 | $22.22 | $0.00 | $275.51 | $64.43 | $888.73 | $0.00 | $51.99 | $3,162.97 | $4,644.18 |
| LTLWNLV112 | 1 | $118,618.14 | $6,027.47 | $1,506.87 | $4,520.60 | $528.91 | $27.12 | $280.28 | $65.55 | $133.36 | $22.60 | $0.00 | $280.28 | $65.55 | $904.12 | $0.00 | $52.89 | $3,217.76 | $4,724.63 |
| LTLWNLV113 | 1 | $128,416.84 | $6,525.38 | $1,631.35 | $4,894.04 | $572.59 | $29.36 | $303.43 | $70.96 | $144.37 | $24.47 | $0.00 | $303.43 | $70.96 | $978.81 | $0.00 | $57.26 | $3,483.58 | $5,114.92 |
| LTLWNLV114 | 1 | $25,307.31 | $1,285.97 | $321.49 | $964.48 | $112.84 | $5.79 | $59.80 | $13.98 | $28.45 | $4.82 | $0.00 | $59.80 | $13.98 | $192.90 | $0.00 | $11.28 | $686.52 | $1,008.01 |
| LTLWNLV115 | 1 | $117,832.74 | $5,987.56 | $1,496.89 | $4,490.67 | $525.39 | $26.94 | $278.42 | $65.11 | $132.47 | $22.45 | $0.00 | $278.42 | $65.11 | $898.13 | $0.00 | $52.54 | $3,196.47 | $4,693.36 |
| LTLWNLV116 | 1 | $93,350.89 | $4,743.54 | $1,185.88 | $3,557.65 | $416.25 | $21.35 | $220.57 | $51.59 | $104.95 | $17.79 | $0.00 | $220.57 | $51.59 | $711.53 | $0.00 | $41.62 | $2,532.34 | $3,718.23 |
| LTLWNLV117 | 1 | $126,871.41 | $6,446.85 | $1,611.71 | $4,835.14 | $565.72 | $29.01 | $299.78 | $70.11 | $142.64 | $24.18 | $0.00 | $299.78 | $70.11 | $967.03 | $0.00 | $56.57 | $3,441.65 | $5,053.36 |
| LTLWNLV118 | 1 | $80,034.79 | $4,066.89 | $1,016.72 | $3,050.17 | $356.87 | $18.30 | $189.11 | $44.23 | $89.98 | $15.25 | $0.00 | $189.11 | $44.23 | $610.03 | $0.00 | $35.69 | $2,171.11 | $3,187.83 |
| LTLWNLV119 | 1 | $121,946.23 | $6,196.58 | $1,549.15 | $4,647.44 | $543.75 | $27.88 | $288.14 | $67.39 | $137.10 | $23.24 | $0.00 | $288.14 | $67.39 | $929.49 | $0.00 | $54.38 | $3,308.04 | $4,857.18 |
| LTLWNLV120 | 1 | $86,296.74 | $4,385.09 | $1,096.27 | $3,288.82 | $384.79 | $19.73 | $203.91 | $47.69 | $97.02 | $16.44 | $0.00 | $203.91 | $47.69 | $657.76 | $0.00 | $38.48 | $2,340.98 | $3,437.25 |
| LTLWNLV121 | 1 | $116,571.10 | $5,923.45 | $1,480.86 | $4,442.59 | $519.79 | $26.66 | $275.44 | $64.42 | $131.06 | $22.21 | $0.00 | $275.44 | $64.42 | $888.52 | $0.00 | $51.98 | $3,162.23 | $4,643.09 |
| LTLWNLV122 | 1 | $112,770.81 | $5,730.34 | $1,432.59 | $4,297.76 | $502.84 | $25.79 | $266.46 | $62.32 | $126.78 | $21.49 | $0.00 | $266.46 | $62.32 | $859.55 | $0.00 | $50.28 | $3,059.15 | $4,491.73 |
| LTLWNLV123 | 1 | $8,403.14 | $427.00 | $106.75 | $320.25 | $37.47 | $1.92 | $19.86 | $4.64 | $9.45 | $1.60 | $0.00 | $19.86 | $4.64 | $64.05 | $0.00 | $3.75 | $227.95 | $334.70 |
| LTLWNLV124 | 1 | $126,990.66 | $6,452.91 | $1,613.23 | $4,839.68 | $566.25 | $29.04 | $300.06 | $70.18 | $142.77 | $24.20 | $0.00 | $300.06 | $70.18 | $967.94 | $0.00 | $56.62 | $3,444.88 | $5,058.11 |
| LTLWNLV125 | 1 | $128,775.13 | $6,543.59 | $1,635.90 | $4,907.69 | $574.21 | $29.45 | $304.28 | $71.16 | $144.78 | $24.54 | $0.00 | $304.28 | $71.16 | $981.54 | $0.00 | $57.42 | $3,493.29 | $5,129.19 |
| LTLWNLV126 | 1 | $117,735.88 | $5,982.64 | $1,495.66 | $4,486.98 | $524.97 | $26.92 | $278.29 | $65.06 | $132.37 | $22.43 | $0.00 | $278.29 | $65.06 | $897.40 | $0.00 | $52.50 | $3,193.83 | $4,689.49 |
| LTLWNLV127 | 1 | $119,775.21 | $6,086.27 | $1,521.57 | $4,564.70 | $534.07 | $27.39 | $283.01 | $66.19 | $134.66 | $22.82 | $0.00 | $283.01 | $66.19 | $912.94 | $0.00 | $53.41 | $3,249.15 | $4,770.72 |
| LTLWNLV128 | 1 | $128,307.69 | $6,519.84 | $1,629.96 | $4,889.88 | $572.11 | $29.34 | $303.17 | $70.90 | $144.25 | $24.45 | $0.00 | $303.17 | $70.90 | $977.98 | $0.00 | $57.21 | $3,480.62 | $5,110.58 |
| LTLWNLV129 | 1 | $80,483.68 | $4,089.70 | $1,022.43 | $3,067.28 | $358.87 | $18.40 | $190.17 | $44.48 | $90.48 | $15.34 | $0.00 | $190.17 | $44.48 | $613.46 | $0.00 | $35.89 | $2,183.28 | $3,205.70 |
| LTLWNLV130 | 1 | $103,926.78 | $5,280.94 | $1,320.24 | $3,960.71 | $463.39 | $23.76 | $245.56 | $57.43 | $116.84 | $19.80 | $0.00 | $245.56 | $57.43 | $792.14 | $0.00 | $46.34 | $2,819.24 | $4,139.47 |
| LTLWNLV132 | 1 | $129,246.78 | $6,567.54 | $1,641.89 | $4,925.67 | $576.30 | $29.55 | $305.39 | $71.42 | $145.31 | $24.63 | $0.00 | $305.39 | $71.42 | $985.13 | $0.00 | $57.63 | $3,506.10 | $5,147.99 |
| LTLWNLV133 | 1 | $104,421.16 | $5,306.06 | $1,326.52 | $3,979.55 | $465.61 | $23.88 | $246.73 | $57.70 | $117.40 | $19.90 | $0.00 | $246.73 | $57.70 | $795.91 | $0.00 | $46.56 | $2,832.65 | $4,159.16 |
| LTLWNLV134 | 1 | $116,989.35 | $5,944.71 | $1,486.18 | $4,458.53 | $521.65 | $26.75 | $276.43 | $64.65 | $131.53 | $22.29 | $0.00 | $276.43 | $64.65 | $891.71 | $0.00 | $52.16 | $3,173.58 | $4,659.76 |
| LTLWNLV136 | 1 | $109,764.40 | $5,577.58 | $1,394.39 | $4,183.18 | $489.44 | $25.10 | $259.36 | $60.66 | $123.40 | $20.92 | $0.00 | $259.36 | $60.66 | $836.64 | $0.00 | $48.94 | $2,977.58 | $4,371.98 |
| LTLWNLV137 | 1 | $74,301.48 | $3,775.56 | $943.89 | $2,831.67 | $331.30 | $16.99 | $175.56 | $41.06 | $83.53 | $14.16 | $0.00 | $175.56 | $41.06 | $566.33 | $0.00 | $33.13 | $2,015.59 | $2,959.48 |
| LTLWNLV138 | 1 | $107,227.45 | $5,448.66 | $1,362.17 | $4,086.50 | $478.11 | $24.52 | $253.36 | $59.25 | $120.55 | $20.43 | $0.00 | $253.36 | $59.25 | $817.30 | $0.00 | $47.81 | $2,908.78 | $4,270.94 |
| LTLWNLV139 | 1 | $117,670.51 | $5,979.32 | $1,494.83 | $4,484.49 | $524.69 | $26.91 | $278.04 | $65.03 | $132.29 | $22.42 | $0.00 | $278.04 | $65.03 | $896.90 | $0.00 | $52.47 | $3,192.05 | $4,686.88 |
| LTLWNLV140 | 1 | $126,256.25 | $6,415.59 | $1,603.90 | $4,811.70 | $562.98 | $28.87 | $298.33 | $69.77 | $141.95 | $24.06 | $0.00 | $298.33 | $69.77 | $962.34 | $0.00 | $56.30 | $3,424.96 | $5,028.85 |
| LTLWNLV141 | 1 | $3,946.13 | $200.52 | $50.13 | $150.39 | $17.59 | $0.90 | $9.32 | $2.18 | $4.44 | $0.75 | $0.00 | $9.32 | $2.18 | $30.08 | $0.00 | $1.76 | $107.05 | $157.18 |
| LTLWNLV142 | 1 | $89,075.60 | $4,526.29 | $1,131.57 | $3,394.72 | $397.17 | $20.37 | $210.47 | $49.22 | $100.14 | $16.97 | $0.00 | $210.47 | $49.22 | $678.94 | $0.00 | $39.72 | $2,416.37 | $3,547.94 |
| LTLWNLV143 | 1 | $111,793.83 | $5,680.70 | $1,420.18 | $4,260.53 | $498.48 | $25.56 | $264.15 | $61.78 | $125.69 | $21.30 | $0.00 | $264.15 | $61.78 | $852.11 | $0.00 | $49.85 | $3,032.64 | $4,452.81 |
| LTLWNLV144 | 1 | $124,628.33 | $6,332.87 | $1,583.22 | $4,749.65 | $555.71 | $28.50 | $294.48 | $68.87 | $140.11 | $23.75 | $0.00 | $294.48 | $68.87 | $949.93 | $0.00 | $55.57 | $3,380.80 | $4,964.02 |
| LTLWNLV145 | 1 | $78,239.16 | $3,975.65 | $993.91 | $2,981.74 | $348.87 | $17.89 | $184.87 | $43.24 | $87.96 | $14.91 | $0.00 | $184.87 | $43.24 | $596.35 | $0.00 | $34.89 | $2,122.39 | $3,116.30 |
| LTLWNLV146 | 1 | $106,797.42 | $5,426.81 | $1,356.70 | $4,070.11 | $476.21 | $24.42 | $252.35 | $59.02 | $120.07 | $20.35 | $0.00 | $252.35 | $59.02 | $814.02 | $0.00 | $47.62 | $2,897.10 | $4,253.80 |
| LTLWNLV147 | 1 | $118,625.68 | $6,027.85 | $1,506.96 | $4,520.89 | $528.95 | $27.13 | $280.30 | $65.55 | $133.37 | $22.60 | $0.00 | $280.30 | $65.55 | $904.18 | $0.00 | $52.89 | $3,217.97 | $4,724.93 |
| LTLWNLV148 | 1 | $127,235.83 | $6,465.37 | $1,616.34 | $4,849.03 | $567.34 | $29.09 | $300.64 | $70.31 | $143.05 | $24.25 | $0.00 | $300.64 | $70.31 | $969.81 | $0.00 | $56.73 | $3,451.54 | $5,067.88 |
| LTLWNLV149 | 1 | $117,237.61 | $5,957.32 | $1,489.33 | $4,467.99 | $522.77 | $26.81 | $277.02 | $64.79 | $131.81 | $22.34 | $0.00 | $277.02 | $64.79 | $893.60 | $0.00 | $52.28 | $3,180.30 | $4,669.63 |
| LTLWNLV150 | 1 | $108,604.47 | $5,518.64 | $1,379.66 | $4,138.98 | $484.26 | $24.83 | $256.62 | $60.02 | $122.10 | $20.69 | $0.00 | $256.62 | $60.02 | $827.80 | $0.00 | $48.43 | $2,946.11 | $4,325.77 |
| LTLWNLV152 | 1 | $121,768.36 | $6,187.55 | $1,546.89 | $4,640.66 | $542.95 | $27.84 | $287.72 | $67.29 | $136.90 | $23.20 | $0.00 | $287.72 | $67.29 | $928.13 | $0.00 | $54.30 | $3,303.22 | $4,850.11 |
| LTLWNLV153 | 1 | $118,697.99 | $6,031.53 | $1,507.88 | $4,523.65 | $529.27 | $27.14 | $280.47 | $65.59 | $133.45 | $22.62 | $0.00 | $280.47 | $65.59 | $904.73 | $0.00 | $52.93 | $3,219.93 | $4,727.81 |
| LTLWNLV154 | 1 | $101,277.05 | $5,146.30 | $1,286.57 | $3,859.72 | $451.59 | $23.16 | $239.30 | $55.97 | $113.86 | $19.30 | $0.00 | $239.30 | $55.97 | $771.94 | $0.00 | $45.16 | $2,747.35 | $4,033.93 |
| LTLWNLV155 | 1 | $84,684.84 | $4,303.18 | $1,075.80 | $3,227.39 | $377.61 | $19.36 | $200.10 | $46.80 | $95.21 | $16.14 | $0.00 | $200.10 | $46.80 | $645.48 | $0.00 | $37.76 | $2,297.25 | $3,373.04 |
| LTLWNLV156 | 1 | $129,107.63 | $6,560.48 | $1,640.12 | $4,920.36 | $575.68 | $29.52 | $305.06 | $71.35 | $145.15 | $24.60 | $0.00 | $305.06 | $71.35 | $984.07 | $0.00 | $57.57 | $3,502.31 | $5,142.43 |
| LTLWNLV157 | 1 | $1,290.99 | $65.60 | $16.40 | $49.20 | $5.76 | $0.30 | $3.05 | $0.71 | $1.45 | $0.25 | $0.00 | $3.05 | $0.71 | $9.84 | $0.00 | $0.58 | $35.02 | $51.42 |
| LTLWNLV159 | 1 | $126,528.00 | $6,429.40 | $1,607.35 | $4,822.05 | $564.58 | $28.93 | $298.97 | $69.92 | $142.25 | $24.11 | $0.00 | $298.97 | $69.92 | $964.41 | $0.00 | $56.42 | $3,432.33 | $5,039.68 |
| LTLWNLV160 | 1 | $127,924.84 | $6,500.38 | $1,625.10 | $4,875.29 | $570.41 | $29.25 | $302.27 | $70.69 | $143.82 | $24.38 | $0.00 | $302.27 | $70.69 | $975.06 | $0.00 | $57.04 | $3,470.23 | $5,095.32 |
| LTLWNLV161 | 1 | $127,620.32 | $6,484.91 | $1,621.23 | $4,863.68 | $569.05 | $29.18 | $301.55 | $70.52 | $143.48 | $24.32 | $0.00 | $301.55 | $70.52 | $972.74 | $0.00 | $56.91 | $3,461.96 | $5,083.19 |
| LTLWNLV163 | 1 | $117,555.53 | $5,973.48 | $1,493.37 | $4,480.11 | $524.17 | $26.88 | $277.77 | $64.96 | $132.16 | $22.40 | $0.00 | $277.77 | $64.96 | $896.02 | $0.00 | $52.42 | $3,188.94 | $4,682.31 |
| LTLWNLV164 | 1 | $128,384.67 | $6,523.75 | $1,630.94 | $4,892.81 | $572.46 | $29.36 | $303.35 | $70.95 | $144.34 | $24.46 | $0.00 | $303.35 | $70.95 | $978.56 | $0.00 | $57.25 | $3,482.70 | $5,113.64 |
| LTLWNLV165 | 1 | $92,593.28 | $4,705.04 | $1,176.26 | $3,528.78 | $412.86 | $21.17 | $218.78 | $51.17 | $104.10 | $17.64 | $0.00 | $218.78 | $51.17 | $705.76 | $0.00 | $41.29 | $2,511.78 | $3,688.04 |
| LTLWNLV166 | 1 | $111,547.59 | $5,668.19 | $1,417.05 | $4,251.14 | $497.39 | $25.51 | $263.57 | $61.64 | $125.41 | $21.26 | $0.00 | $263.57 | $61.64 | $850.23 | $0.00 | $49.74 | $3,025.96 | $4,443.01 |
| | | $6,428,565.06 | $326,661.60 | $81,665.40 | $244,996.20 | $28,664.58 | $1,469.96 | $15,189.78 | $3,552.47 | $7,227.40 | $1,224.97 | $0.00 | $15,189.78 | $3,552.47 | $48,999.26 | $0.00 | $2,866.48 | $174,388.21 | $256,053.61 |